# United States District Court
## Southern District of Georgia

CHARLES ROGERS,

Plaintiff,

v.

NORMAN W. FRIES, INC. d/b/a CLAXTON POULTRY FARMS,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:17-cv-155

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated September 27, 2019, granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, and against Charles Rogers. This case is CLOSED.

Approved by: _____

October 2, 2019
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk